Tommy SF Wang (SBN: 272409)
Leontyne Fan (SBN: 285042)
YANG & WANG, P.C.
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@yangwanglaw.com; lfan@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DB MOTORING GROUP, INC. <br><br> Defendant. | Case No.: 14-CV-05097-GW-AGRx <br><br> DECLARATION OF TOMMY SF WANG IN SUPPORT OF ATTORNEY'S FEES PURSUANT TO L.R. 55-3. |

I, Tommy SF Wang, declare that the following is true and correct, and if called as a witness, I could competently testify to the matters herein which are within my personal knowledge:

1.   I am an attorney licensed to practice in the State of California and the Central District of California, and my bar number is 272409.

2.   I am the managing partner of the law firm Yang & Wang, P.C. located at 355 S. Grand Ave., Suite 2450, Los Angeles, CA 90071.

DECLARATION
1

3. We are the counsel of record for the Plaintiff in this matter, JAT Wheels, Inc. and were retained on or about June 25, 2014.

4. On or about July 1, 2014, we drafted and issued a cease and desist letter to Defendant DB Motoring Group, requesting that they cease the infringing activity, and informing Defendant of the present suit.

5. Our office did not receive a response from the Defendant.

6. Our office has expended twelve (12) hours on this matter, in drafting the demand letter, the Complaint, the Request for Entry of Default, Motion for Default Judgment, and the present Supplemental Brief.

7. According to Local Rule 55-3, the total amount of attorney's fees when the amount of judgment is between $50,000.00 and $100,000.00 is $3,600.00 plus 4% of the amount over $50,000.00. Thus, as the amount of judgment Plaintiff is seeking is $100,000.00, the reasonable attorney's fee incurred by the Plaintiff on this matter is $5,600.00.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 2/8/2016     By:

_____
Songfong Tommy Wang
Yang & Wang, P.C.

DECLARATION
2