Tommy SF Wang (SBN: 272409)
Leontyne Fan (SBN: 285042)
YANG & WANG, P.C.
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@yangwanglaw.com; lfan@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., | Case No.: 14-CV-05097-GW-AGRx |
| Plaintiff, | |
| vs. | DECLARATION OF TOM LUO IN SUPPORT OF DEFAULT JUDGMENT |
| DB MOTORING GROUP, INC. | |
| Defendant. | |

I, Tom Luo, declare that the following is true and correct, and if called as a witness, I could competently testify to the matters herein which are within my personal knowledge:

1.    I, Tom Luo, am the General Manager of JAT Wheels, Inc., the Plaintiff in this matter.

DECLARATION OF TOM LUO IN SUPPORT OF DEFAULT JUDGMENT
1

2.     Plaintiff is a distributor of automobile parts, and owns all rights, titles, and interests in the U.S. Design Patent Application No. 29,492,155 ("STR 513 Wheel" or "Design Patent").

3.     Plaintiff is an established brand in the automobile and car racing industry and its wheels have been featured in the Fast and Furious movie franchise.

4.     In or around January of 2014, I discovered that DB Motoring Group, Inc. ("Defendant") manufactured and sold automobile parts on the internet that infringed on the Design Patent.

5.     I also saw that Defendant was selling a direct imitation of the STR 513 Wheel on their website ("Infringing Product"), even though they were not authorized to do so.

6.     At the Specialty Equipment Market Association ("SEMA") Car Show in 2014, I saw the Defendant displaying the Infringing Product.

7.     The SEMA is one of the largest automobile parts trade show in Las Vegas each year.

8.     I approached the Defendant, notified that the Infringing Product was infringing on the Design Patent, and requested that they remove the Infringing Product from their display at SEMA, but they refused to do so.

9.     Since then, my counsel has also sent a cease and desist letter to Defendant, and filed the present suit, both of which Defendant has not responded to.

10.    Based on my knowledge, Defendant has continued to sell the Infringing Product.

DECLARATION OF TOM LUO IN SUPPORT OF DEFAULT JUDGMENT
2

11.     From 2014 through 2015, Plaintiff has suffered a steady decline in sales of the STR 513 Wheel.  I believe that the decline in sales of the STR 513 Wheel is directly attributable to Defendant's infringing conduct.

12.     Through my customers, I learned that Defendant has been undercutting Plaintiff's prices of the STR 513 Wheel, and selling the Infringing Product at a lower price.

13.     As a result of Defendant's conduct, Plaintiff has sustained a loss of sales of the STR 513 Wheel.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:  2/8/2016                    By:

_____
                                        Tom Luo

DECLARATION OF TOM LUO IN SUPPORT OF DEFAULT JUDGMENT
3