Tommy SF Wang (SBN: 272409)
Leontyne Fan (SBN: 285042)
YANG & WANG, P.C.
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@yangwanglaw.com; lfan@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> DB MOTORING GROUP, INC. <br><br>  Defendant. | Case No.: 14-CV-05097-GW-AGRx <br><br> STATUS REPORT |

Plaintiff JAT Wheels, Inc. ("Plaintiff") through their counsel, hereby submits the following Status Report in response to the Court's Orders on February 11, 2016 [Docket No. 27].

1. In light of the Court's tentative ruling, Plaintiff will pursue on default judgment on the two remaining causes of action: 1) California Common Law Unfair Competition; and 2) California Unfair Competition pursuant to the California Business & Professions Code Section 17200, et. seq.

STATUS REPORT
1

2. It is Plaintiff's position that Defendant DB MOTORING GROUP, INC. ("Defendant") knowingly copied Plaintiff's wheel designs, refused to cease its activities, or even respond to Plaintiff's requests. Prior to the present action, and throughout the duration of this action, Defendant was afforded multiple opportunities to respond but failed to do so, and continued its activities.

3. Plaintiff respectfully requests another opportunity to brief the court with respect to the two remaining causes of action, for a default judgment.

DATED: 2/25/2016          By:

_____
Songfong Tommy Wang
Yang & Wang, P.C.