Tommy SF Wang (SBN: 272409)
Leontyne Fan (SBN: 285042)
YANG & WANG, P.C.
355 S. Grand Ave., Suite 2450
Los Angeles, CA 90071
Telephone: (888) 827-8880
Facsimile: (888) 827-8880
Email: twang@yangwanglaw.com; lfan@yangwanglaw.com

Attorneys for Plaintiff
JAT WHEELS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAT WHEELS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DB MOTORING GROUP, INC. <br><br> Defendant. | Case No.: 14-CV-05097-GW-AGRx <br><br> STATUS REPORT |

     Plaintiff JAT Wheels, Inc. ("Plaintiff") through their counsel, hereby submits the following Status Report in response to the Court's Orders on June 16, 2016, [Docket Entry No. 39].

1. In light of the Court's tentative ruling, Plaintiff will re-serve the First Amended Complaint to Defendant by certified mail.  Plaintiff will mail out the First Amended Complaint by certified mail on this date, June 21, 2016.

2. In the event that the certified mail of the First Amended Complaint cannot be delivered, Plaintiff will initiate service by a process server.

3. In light of the foregoing, Plaintiff proposes the following schedule:

   a. Plaintiff to mail out First Amended Complaint by certified mail on June 21, 2016.

   b. Plaintiff to initiate service by process server by July 5, 2016, in the event the service of the First Amended Complaint cannot be completed by certified mail.

   c. Service to be completed and Proof of Service to be filed by August 5, 2016.

DATED: 6/21/2016                    By:

                                                 Songfong Tommy Wang
                                               Yang & Wang, P.C.
                                               Attorney for Plaintiff
                                               JAT Wheels, Inc.